UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

~~Roosevelt Council~~
~~Marilyn Council~~

(In the space above enter the full name(s) of the plaintiff(s).)

1:08 -CV- 1158 LEK/DRH

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983

v.

Defendant No. 1 ___The___ STATE ___Of New York___
~~Social Service Department~~

Defendant No. 2 _____

Defendant No. 3 _____

Defendant No. 4 _____

Defendant No. 5 _____

Jury Trial: Yes ✓  No ___
(check one)

Jury Trial Demanded

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

OCT 28 2008

LAWRENCE K. BAERMAN, CLERK
ALBANY

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. No addresses should be included here.)

I.    Parties in this complaint:

A.    List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name   Roosevelt & Marilyn Council
             ID # _____
             Current Institution _____
             Address   2850 Bronx Park East
                       Bx, New York 10467 Apt· Q32

B.    List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

1

Defendant No. 1    Name __The City Of New York_____ Shield # _____
                   Where Currently Employed _____
                   Address _____

Defendant No. 2    Name __New York State Social Service Dept;__ Shield # _____
                   Where Currently Employed _____
                   Address _____

Defendant No. 3    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____

Defendant No. 4    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____

Defendant No. 5    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____

## II. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? __After a jury trial 12/13/05 I and my co-defendant Marilyn Council (wife) was acquitted of PL155.35 and 10-2 for__ acquittal for PL175.35 a total exoneration, yet the judge unlawfully sent us to jail.

B. Where in the institution did the events giving rise to your claim(s) occur? _____ The Bronx Supreme Court where the trial judge circumvented the jury's decision and rendered her own sentencing us to one year in prison. The Jury acquitted us on 12/13/05 records were changed and altered to show a plea of quilt sentence to prison.

C. What date and approximate time did the events giving rise to your claim(s) occur? _____ December 13, 2005 the ending of the trial, however we were not sentence UNTIL April 26, 2006. (see attach letter)

2

D. Facts: On November 2003, the Social Service Department brought a fictitious warrant against my wife and me on PL155.35 Grand Larceny-3rd and two counts of PL175.35 Offering File False Instrument 1st. The Social Service Dept. stated that we concealed them of $6,000 dollars, while my wife was working. The Social Service Dept. knew that I had an administrative Fair Hearing on all budgetary matters, and the administrative judge found no findings of concealment. Inquires were also made by Congressional Representative Elliot Engles Office to the Social Service fraud investigation unit to which a report was written, and sent to District Attorney and it was withheld. (see attached letter)

Our constitutional and Civil Rights have been erroneously trampled upon by the judicial system. (see attached letter)

The original Nov. 2003 warrant that I and my wife were arrested on was continually and persistently opened and closed over the years of the case. It should be noted that the Nov. 2003 warrant had another warrant stuck up under it clearly this was a violation of our Constitutional rights. Congressional Represtative had a horrific time getting the warrant vacated, however with great effort was successful in doing so. AS of today the warrant remains opened even after illegally serving time on this case that a jury acquitted us of. (see attached letter)

(see attached letter)

*[Margin labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]*

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. physically and emotional suffering. the false and defamatory matter accueing plaintiffs of stealing money from the social service department and charged that the plaintiffs unlawfully appropriated money of $6,000 dollars. The foregoing charges are wholly false and were known to be false by defendants prior to the charges when there was an administrative hearing where a judge rendered a decision of no illegalities or concealment, and where there was a report written by the fraud investigation clearing Plaintiffs of any illegalities and was sent to the district attorney which was withheld. As a result of the foregoing, Plaintiffs were greatly injured, reputation damaged and they have suffered great pain.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?
Yes ____ No x

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _____
_____

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ____   No ____   Do Not Know ____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ____   No ____   Do Not Know ____
If YES, which claim(s)? _____

D.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose <u>not</u> cover some of your claim(s)?

   Yes ____   No ____   Do Not Know ____
If YES, which claim(s)? _____

E.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?
   Yes ____   No ____
If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?
   Yes ____   No ____

F.  If you did file a grievance, about the events described in this complaint, where did you file the grievance? ~~Judiciary Committee, Chief Judge Lippman, The U. S. Justice Department~~
   (See Attached Letters)
   1.  Which claim(s) in this complaint did you grieve? Being illegally sentenced after ALL (See Attached Letter) the jury's decision of acquittal our contitutional rights being violated and the injustices and ethical violation within the judicial system.   What was the result, if any? Non effective, bias, acuesstory was the responced
   _____

   3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. ~~Numerous~~ responsive replies and grievances were ~~sent.~~ (see Attached Letter)
   _____
   _____
   _____

G.  If you did not file a grievance, did you inform any officials of your claim(s)?

4

Case 1:08-cv-01158-LEK-DRH    Document 1    Filed 10/28/08    Page 5 of 7

Yes _____ No _____

1. If YES, whom did you inform and when did you inform them? _____
_____
_____

2. If NO, why not? _____
_____
_____
_____

I. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. <ins>From the offset we have made grievances to the Chief Administrative judge Hon. Judge Lippman whom response was ineffective, unsatisfactory and bias. The Judiciary Committee whom were non effective and unresponsive numerous grieva</ins>nces <ins>were continual with non compliance responces. The U.S. Justice Department whom</ins> were non <del>effective. (See Attached Letter).</del>
_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the court to do for you. <ins>I would like the court's assistance in filing for Punitive, Exemplary and Compensatory Damages in the sum of $ UnSpecified Amount</ins> for <del>the malicious and willfully calculated events to circumvent the jury's decision of acquittal and</del> the judge rendering her own decision and illegally sentencing of one year prison term. The false and defamatory matter of accusing plaintiffs of stealing money from the Social Service Department and charge the plaintiffs unlawfully when there was knowledge of a fair hearing decision where an administrative judge <del>cleared plaintiffs of all illegalities and concealment, and where a report was sent to district attorney by the fraud investigator at the social service dept. clear</del>ing <del>plaintiffs of all illegalities to which it was withheld. The changing and alter</del>ing <del>of documents, records to show a plea of guilt, and the comleted altering of records stenography minutes not reflective of acquittal. Where the Defendants meant</del> and intended to mean and were understood to mean that plaintiffs were dishonest and were thiefs and unworthy of trust. As a result of the foregoing, plaintiffs were injured, <del>were</del>

VI. **Previous lawsuits:** their credit have been impaired, their reputation damaged.

[margin note: On these claims]

A. <ins>No</ins> Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No _X_

B. If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page. (If

5

there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

    1.    Parties to this previous lawsuit:
Plaintiff _____
Defendants _____
    2.    Court (if federal court, name the district; if state court, name the county) _____
_____
    3.    Docket or Index number _____
    4.    Name of Judge assigned to your case _____
    5.    Approximate date of filing lawsuit _____
    6.    Is the case still pending?  Yes \_\_\_\_  No \_\_\_\_
If NO, give the approximate date of disposition _____
    7.    What was the result of the case? (for example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____
_____

[On other claims]  D.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes \_\_\_\_  No _x_

E.    If your answer to D is YES, describe each lawsuit in questions 1 through 7 on the next page.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

    1.    Parties to this previous lawsuit:
Plaintiff _____
Defendants _____
    2.    Court (if federal court, name the district; if state court, name the county) _____
_____
    3.    Docket or Index number _____
    4.    Name of Judge assigned to your case _____
    5.    Approximate date of filing lawsuit: _____
    6.    Is the case still pending?  Yes \_\_\_\_  No \_\_\_\_
If NO, give the approximate date of disposition _____
    7.    What was the result of the case? (for example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____
_____

Signed this 26 day of Oct., 2008. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Plaintiff  *Marilyn Council*
Inmate Number            *Boswell Council*
Mailing address          2850 Bronx Park East
                         Bx, New York 10467
                         Apt Q32

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 26 day of Oct., 2008, I will deliver this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *Marilyn Council*
                       *Boswell Council*

rev. 09/04

7